(INND Rev. 8/16)                                                                                                    page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA



-FILED-

FEB 06 2019

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. *NEATLY* print in ink (or type) your answers.]

Robert Skertich
_____ ,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

Federal Bureau of Investigation  ( FBI )
_____
[The **DEFENDANT** is who you are suing. Put ONE name on
this line. List ALL defendants below, including this one.]

Case Number ___2:19cv51___
[For a new case in this court, leave blank.
The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is *VERY IMPORTANT* that you include it on *everything* you send
to the court for this case. *DO NOT* send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br><br>Federal Bureau of Investigation  ( FBI ) | 2111 W. Roosevelt Rd.<br>Chicago, IL. 60608 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the
name, job title, and address of each defendant *in a separate box* as shown here.]

1. How many defendants are you suing? ___1___

2. What is your address?  128 S. East Street Suite 6 Crown Point IN. 46308
_____

3. What is your telephone number: ( 312 ) 371-5229 _____

4. Have you ever sued anyone for these exact same claims?
    ☑ No.
    ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
       case number, file date, judgment date, and result of the previous case(s).

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 8/16)                                                                                            page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I petitioned the FBI for information under the Freedom of Information Act. Every time I sent this petition, I got a form letter denial. I was defrauded out of some $ 5,000,000.00 I met with 3 FBI agents in person and turned over files to them over 4 years ago. I went into the FBI office where these meetings occured and also made a request in person. The response was, " We have no record of you ever being in our office". This puts me now in a position of being in fear for my life and the safety of my wife and children.

I am petitioning the court to simply enter an order compelling the FBI to respond to my demands for this information through the " Freedom of Information Act."

Exhibit 1.  Email 12-28-2018 11.36a  plus 7 page attachment

Exhibit 2.  Email 10-24-2018  plus attachments Page 2  Page 3 a & 3b.

Exhibit 3.  Email 09-26-2018 10.51a Pages 1-6

Exhibit 4.  Email 09-19-2018

Exhibit 5.  Letter from FBI reply to Robert Skertich FOIPA Request  1415362-000

Exhibit 6. Email 09-25-2018  Pages 1-4

Exhibit 7. Certification of Identity and corresponding email.  Pages 1-4.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

I have made numerous requests to the FBI to turn over public records as my right

through the Freedom of Information Act. To date not one single page of any record has

been turned over to me.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

- ☑ No.
- ◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Turn over every file, tape, note, research product, names of every agent, employee or agency

who worked on this case and all records relating to every request I made to the FBI.

All documents pertaining to my requests attached as evidence.

FILING FEE – Are you paying the filing fee?

- ◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____                    02- 01- 2019
Signature                                                                     Date

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]